IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMPONENTONE, L.L.C., a limited liability company of the Commonwealth of Pennsylvania, USA, ) ) ) ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 02: 05cv1122 |
| ) | |
| COMPONENTART, INC., a Canadian corporation, ) ) ) | |
| Defendant. ) | |

**ORDER OF COURT**

Presently pending before the Court is the MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTIES filed by Plaintiff (*Document No. 61*), the RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTIES filed by Defendant (*Document No. 64*), and the REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT filed by Plaintiff (*Document No. 67*).

Defendant "does not challenge Plaintiff's right to amend the complaint . . .," but requests that the Amended Complaint be filed under seal.

AND NOW, this 12th day of October, 2006, it is hereby **ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff's Motion is **GRANTED** and the Amended Complaint, which is attached to said Motion, is deemed to be filed with the Court. Plaintiff shall effectuate service of process in accordance with the applicable Rule(s) of Civil Procedure.

It is further **ORDERED** that the caption of this action shall be and is hereby amended to henceforth read as follows:

COMPONENTONE, L.L.C., a limited liability company
of the Commonwealth of Pennsylvania, USA,

                                              Plaintiff,

v.

COMPONENTART, INC., a Canadian corporation;
COMPONENTART HOLDINGS, INC., a Canadian
corporation; CYBERAKT, INC., a Canadian corporation;
Steve G. Rolufs, an adult individual; Miljan Braticevic,
an adult individual; John Doe, an adult individual;
Jane Doe, an adult individual; and Dusan Braticevic,
an adult individual; jointly and severally liable,

                                              Defendants.

The Clerk shall amend the docket accordingly.

It is **FURTHER ORDERED** that Defendant's request to have the Amended Complaint filed under seal is **DENIED.**

                                              BY THE COURT:

                                              s/Terrence F. McVerry
                                              United States District Court Judge

cc:     Dennis M. Moskal, Esquire
        Email: mailroom.dmm@zegarelli.com

        Gregg R. Zegarelli, Esquire
        Email: mailroom.grz@zegarelli.com

        Frederick W. Thieman, Esquire
        Email: fwt@thiemanward.com

        Jonathan M. Gelchinsky, Esquire
        Email: jon.gelchinsky@finnegan.com

        Lawrence R Robins, Esquire
        Email: larry.robins@finnegan.com