IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMPONENTONE, L.L.C., a limited liability company of the Commonwealth of Pennsylvania, USA, <br><br> Plaintiff, <br><br> v. <br><br> COMPONENTART, INC., a Canadian corporation; COMPONENTART HOLDINGS, INC., a Canadian corporation; CYBERAKT, INC., a Canadian corporation; Steve G. Rolufs, an adult individual; Miljan Braticevic, an adult individual; John Doe, an adult individual; Jane Doe, an adult individual; and Dusan Braticevic, an adult individual; jointly and severally liable, <br><br> Defendants. | 2:05-cv-01122 |

## ORDER OF COURT

AND NOW, this 18th day of October, 2006, upon consideration of Defendant Componentart, Inc.'s filings (*Document Nos. 77, 78, 79 and 80*), it is **ORDERED** that Defendant ComponentArt, Inc.'s Motion to Stay the portion of the Court's October 12, 2006, Order compelling ComponentArt, Inc. to supplement its responses to Plaintiff's Requests for Production (Third Set) Nos. 4, 9-14, 17-20, 24, 28, 30-32, 38 and 40 is **GRANTED** pending resolution of Defendant's motion to dismiss.

Plaintiff shall file its response and brief to the motion to strike (Document No. 77) and motion to dismiss (Document No. 78) on or before **October 31, 2006**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   Gregg R. Zegarelli, Esquire
      Email: mailroom.grz@zegarelli.com

      Dennis M. Moskal, Esquire
      Email: mailroom.dmm@zegarelli.com

      Frederick W. Thieman, Esquire
      Email: fwt@thiemanward.com

      Jonathan M. Gelchinsky, Esquire
      Email: jon.gelchinsky@finnegan.com

      Lawrence R Robins, Esquire
      Email: larry.robins@finnegan.com