IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPONENTONE, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 05cv1122 |
| | ) | |
| COMPONENTART, INC., | ) | |
| COMPONENTART HOLDINGS, INC., | ) | |
| STEVE G. ROLUFS, MILJAN BRATICEVIC, | ) | |
| JANE DOE, DUSAN BRATICEVIC, | ) | |
| JOHN DOE and CYBERAKT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW,** this 30th day of March, 2007, in consideration of Plaintiff's Motion for Clarification and/or Partial Relief, and the response in opposition filed by Defendants, it is hereby **ORDERED** as follows:

1. Plaintiff is hereby given forty-five (45) days from the date of this Order of Court to conduct jurisdictional discovery of Vernon Rolufs and ComponentArt Holdings, Inc. Expressly included within the scope of said jurisdictional discovery shall be matters relating to the formation, reorganization, capitalization and operations of ComponentArt Holdings, Inc. and ComponentArt, Inc., including Vernon Rolufs direct or indirect participation in raising capital used by or for said corporations.

2. Within fifteen (15) days after the close of said discovery period, Plaintiff shall supplement its response to Defendants' motion to dismiss for lack of personal jurisdiction.

      3.      Within fifteen (15) days after Plaintiff supplements its response to Defendants' motion to dismiss for lack of personal jurisdiction, Defendants may file a supplemental reply.

      4.      The Court's Order, dated March 12, 2007, is hereby stayed or otherwise held under reconsideration until said jurisdictional discovery is completed and Plaintiff and Defendants have supplemented the record.

                                      BY THE COURT:

                                      s/Terrence F. McVerry
                                      United States District Court Judge

cc:      Dennis M. Moskal, Esquire
         Technology & Entrepreneurial Ventures Law Group
         Email: mailroom.dmm@zegarelli.com

         Gregg R. Zegarelli, Esquire
         Technology & Entrepreneurial Ventures Law Group
         Email: mailroom.grz@zegarelli.com

         Frederick W. Thieman , Esquire
         Thieman & Ward
         Email: fwt@thiemanward.com

         Jonathan M. Gelchinsky, Esquire
         Finnegan, Henderson, Farabow, Garrett & Dunner
         Email: jon.gelchinsky@finnegan.com

         Lawrence R Robins, Esquire
         Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
         Email: larry.robins@finnegan.com